IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERNESTINE YAZZIE AS WRONGFUL
DEATH PERSONAL REPRESENTATIVE
OF CARLOS THOMAS YAZZIE, DECEASED,

      Plaintiff,

vs.                                                                                                No. CIV 19-0518 JB/KK

UNITED STATES OF AMERICA,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Stipulation of Dismissal, filed December 14, 2020 (Doc. 61)("Stipulation").  In the Stipulation, the parties "stipulate and agree that the above-captioned case and cause of action are dismissed with prejudice, with each party to bear their own costs."  Stipulation at 1.  With no further claims or parties before the Court, the Court now enters Final Judgment pursuant to rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that: (i) the case is dismissed with prejudice; and (ii) Final Judgment is entered.

                                                        _____
                                                         UNITED STATES DISTRICT JUDGE

*Counsel:*

Forrest G. Buffington
Barber & Borg, LLC
Yatahey, New Mexico

      *Attorney for the Plaintiff*

- 2 -

John C. Anderson
  United States Attorney
Cassandra Casus Currie
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Defendant*